IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FRANCOIS COEUR, <br><br> Plaintiff, <br><br> v. <br><br> LINDA PEARSON, DAVID TERRY, and WARREN TERRY, <br><br> Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING [6] REPORT AND RECOMMENDATION** <br><br> Case No. 2:17-cv-1156-DN-EJF <br><br> District Judge David Nuffer <br> Magistrate Judge Evelyn J. Furse |

The Report and Recommendation[1] issued by United States Magistrate Judge Evelyn J. Furse on June 29, 2018, recommends that Plaintiff's Complaint[2] be dismissed for lack of subject matter jurisdiction.[3]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.[4] No party filed a written objection to the Report and Recommendation as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and the Report and Recommendation[5] is adopted in its entirety.

---

[1] Report and Recommendation, docket no. 6, filed June 29, 2018.

[2] Complaint, docket no. 3, filed October 25, 2017.

[3] Report and Recommendation at 5.

[4] *Id.*

[5] Report and Recommendation, docket no. 6, filed June 29, 2018.

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation[6] is ADOPTED and this case is DISMISSED without prejudice.[7]

The Clerk is directed to close the case.

Signed July 26, 2018.

BY THE COURT

David Nuffer
United States District Judge

---

[6] Report and Recommendation, docket no. 6, filed June 29, 2018.

[7] *See Brereton v. Bountiful City Corp.*, 434 F.3d 1213, 1218 (10th Cir. 2006).